# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANTHONY WATSON, : No. 56 EM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
COURT OF COMMON PLEAS OF :
PHILADELPHIA COUNTY, :
:
Respondents :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Writ of Extraordinary Relief is DENIED.